

FILED
IN OPEN COURT

MAY 2 8 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

SHAWN LEE KEIHL,

Defendant.

Criminal No. 1:26-CR-109

Count 1: 18 U.S.C. §111(a) and (b)(1)

(Assaulting, Resisting, or Impeding Certain Officers or Employees involving Physical Contact and Causing Bodily Injury)

Count 2: 18 U.S.C. §111(a) and (b)(1)

(Assaulting, Resisting, or Impeding Certain Officers or Employees involving Physical Contact and Causing Bodily Injury))

## INDICTMENT

May 2026 Term — at Alexandria

### COUNT ONE
*(Assault on a Federal Law Enforcement Officer Involving Physical Contact and Bodily Injury)*

THE GRAND JURY CHARGES THAT:

On or about January, 1, 2026, at Fort Belvoir, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, SHAWN LEE KEIHL, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), to wit: Victim-1, a Fort Belvoir military police officer, while such person was engaged in and on account of the performance of official duties, and where

the commission of the acts in violation of this section involved physical contact with Victim-1 and where the acts inflicted bodily injury on Victim-1.

(In violation of Title 18, United States Code, Section 111(a)(1) and (b)).

## COUNT TWO
*(Assault on a Federal Law Enforcement Officer Involving Physical Contact and Causing Bodily Injury)*

THE GRAND JURY CHARGES THAT:

On or about January, 1, 2026, at Fort Belvoir, within the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, the defendant, SHAWN LEE KEIHL, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, to wit: Victim-2, a Fort Belvoir military police officer, while such person was engaged in and on account of the performance of official duties, and where the commission of the acts in violation of this section involved physical contact with Victim-2 and where the acts inflicted bodily injury on Victim-2.

(In violation of Title 18, United States Code, Section 111(a)(1) and (b)).

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office
FOREPERSON

Todd W. Blanche
Acting Attorney General

By: _____
Julianna Battaglia
Special Assistant United States Attorney
April Russo
Assistant United States Attorney